IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01894-PAB-BNB
(Consolidated with 10-cv-02067-PAB-BNB)

RAYMOND L. WALKER,

    Plaintiff,

v.

YELLOW TRANSPORTATION,

    Defendant.

**ORDER CONSOLIDATING CASES**

This matter is before the Court on defendant's unopposed motion to consolidate Civil Action No. 10-cv-01894-PAB-BNB and Civil Action No. 10-cv-02067-PAB-BNB. Pursuant to Fed. R. Civ. P. 42(a), the Court may consolidate cases involving common questions of law or fact. The Court has "broad discretion" to consolidate cases involving common questions of law or fact, *see Gillette Motor Transp. v. N. Ok. Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950), and may do so "as a matter of convenience and economy." *Harris v. Ill.-Cal. Exp., Inc.*, 687 F.2d 1361, 1368 (10th Cir. 1982).

In both Civil Action Nos. 10-cv-01894-PAB-BNB and 10-cv-02067-PAB-BNB, plaintiff has brought Title VII claims against his employer alleging racial discrimination. The cases are at a similar stage in the proceedings; a scheduling conference has not been held in either case and neither has proceeded to discovery. Therefore, the Court finds that the two cases have substantial questions of law and fact in common and that

consolidation would serve the interests of judicial economy.  *See* Fed. R. Civ. P. 42(a).  Accordingly, it is

**ORDERED** that the defendant's Unopposed Amended Motion to Consolidate [Docket No. 17] is **GRANTED**.  It is further

**ORDERED** that pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.L.Civ.R. 42.1, Civil Action Nos. 10-cv-01894-PAB-BNB and 10-cv-02067-PAB-BNB are **CONSOLIDATED**.  It is further

**ORDERED** that these consolidated actions **SHALL** be captioned as shown above on this order.

DATED June 6, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge